NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOMINIQUE SCOTT, DOC#H24958,  )
                              )
    Appellant,             )
                              )
v.                            )  Case No.  2D17-945
                              )
STATE OF FLORIDA,             )
                              )
    Appellee.              )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for
Polk County; J. Kevin Abdoney,
Judge.

Dominique Scott, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.